IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Reynolds, David W.
    Reynolds, Shannon M.
        Debtor(s) : 13-19271
                :

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 6th day of October, 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE ASHELY M. CHAN

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Reynolds, David W.
Reynolds, Shannon M.
9636 Convent Avenue
Philadelphia, PA 19114

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

City of Philadelphia
1401 John F. Kennedy Blvd.
MSB Room 1380
Philadelphia, PA 19102-1693

Liberty Bell Diner
8445 Frankford Ave
Philadelphia, PA 19136