United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-19271-amc
David W. Reynolds                                                   Chapter 13
Shannon M. Reynolds
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 1                 Date Rcvd: Oct 06, 2017
                               Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
jdb            +Shannon M. Reynolds,    9636 Convent Avenue,    Philadelphia, PA 19114-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/Text: bankruptcy@phila.gov Oct 07 2017 01:39:59      City of Philadelphia,
                 1401 John Kennedy Blvd,   MSB Room 1380,   Phila., PA  19136
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor David W. Reynolds aaamcclain@aol.com,   edpabankcourt@aol.com
              MARY F. KENNEDY    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Reynolds, David W.
    Reynolds, Shannon M.
        Debtor(s) : 13-19271
:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 6th day of October, 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT

_____
JUDGE  ASHELY M. CHAN

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Reynolds, David W.
Reynolds, Shannon M.
9636 Convent Avenue
Philadelphia, PA 19114

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

City of Philadelphia
1401 John F. Kennedy Blvd.
MSB Room 1380
Philadelphia, PA 19102-1693

Liberty Bell Diner
8445 Frankford Ave
Philadelphia, PA 19136