**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Shannon M. Reynolds<br>David W. Reynolds<br>     Debtor(s) | | CHAPTER 13 |
| Ditech Financial LLC<br>     Movant<br>vs.<br>Shannon M. Reynolds<br>David W. Reynolds<br>     Debtor(s)<br>William C. Miller<br>     Trustee | | NO. 13-19271-JKF<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 1st day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 9636 Convent Avenue, Philadelphia, PA 19114 ("Property), as to Movant, its successors or assignees.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

Shannon M. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

David W. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

John L. McClain Esq.
John L. McClain and Associates
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532