United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David W. Reynolds  
Shannon M. Reynolds  
    Debtors

Case No. 13-19271-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 01, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db/jdb      +David W. Reynolds,    Shannon M. Reynolds,    9636 Convent Avenue,    Philadelphia, PA 19114-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:  
     ALEXANDRA T. GARCIA    on behalf of Creditor    EverBank ecfmail@mwc-law.com  
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com  
     JOHN L. MCCLAIN    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com, edpabankcourt@aol.com  
     JOHN L. MCCLAIN    on behalf of Debtor David W. Reynolds aaamcclain@aol.com,    edpabankcourt@aol.com  
     MARY F. KENNEDY    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com, tami@javardianlaw.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
     TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shannon M. Reynolds<br>David W. Reynolds<br>                Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>                Movant<br>vs. | NO. 13-19271-JKF |
| Shannon M. Reynolds<br>David W. Reynolds<br>                Debtor(s)<br>William C. Miller<br>                Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 1st day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 9636 Convent Avenue, Philadelphia, PA 19114 ("Property"), as to Movant, its successors or assignees.

Ashely M. Chan, U.S. Bankruptcy Judge

Shannon M. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

David W. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

John L. McClain Esq.
John L. McClain and Associates
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532