UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID W. REYNOLDS  
SHANNON M. REYNOLDS

Chapter 13

Debtor     Bankruptcy No. 13-19271-AMC

**Order Dismissing Chapter 13 Case and  
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOHN L. MCCLAIN  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
DAVID W. REYNOLDS  
SHANNON M. REYNOLDS  
9636 CONVENT AVENUE

PHILADELPHIA, PA 19114