United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-19271-amc
David W. Reynolds                                                      Chapter 13
Shannon M. Reynolds
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Dec 13, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
```
db/jdb         +David W. Reynolds,    Shannon M. Reynolds,    9636 Convent Avenue,    Philadelphia, PA 19114-3604
13175298       +Cap1/bstby,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13175299       +Comenity Bank/Medchoice,    Attention: Bankruptcy,    PO Box 182685,    Columbus, OH 43218-2685
13175300      ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
                 PO Box 81577,    Austin, TX 78708)
13175301       +Dell PreferredAccount,    Po Box 6403,    Carol Stream, IL 60197-6403
13425234        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13204963       +EverBank,    301 West Bay Street,    Jacksonville, Florida 32202-5180
13175302       +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,     301 West Bay Street,
                 Jacksonville, FL 32202-5184
13175304        HSBC Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
13175305       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13175306       +Mayfair Fcu,    2844-46 St Vincent St.,    Philadelphia, PA 19149-1414
13175307       +P H E A A/h C B,    AES/DDB,    Po Box 8183,    Harrisburg, PA 17105-8183
13175308       +PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
13213152       +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13175309       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13175310        Philadelphia Gas Works,    Po Box 11700,    Newark, NJ 07101-4700
13175311       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13197966       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13175312       +Raymour and Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
13205532       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13175313       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13175314       +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
13175315       +Water Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 01:38:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2017 01:38:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2017 01:37:51     Green Tree Servicing LLC,
                 POB 0049,    Palatine, IL 60055-0001
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2017 01:40:06     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13184319        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2017 01:39:46
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13187755        E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2017 01:39:54
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13175303       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2017 01:39:44     Gemb/walmart,    Attn: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
13314730       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2017 01:37:51     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13281027        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2017 01:39:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13194369        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2017 01:37:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13185323        E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2017 01:40:06     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*             ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
13282940*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2         User: YvetteWD         Page 2 of 2         Date Rcvd: Dec 13, 2017
                             Form ID: pdf900        Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA     on behalf of Creditor    EverBank ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
          JOHN L. MCCLAIN    on behalf of Debtor David W. Reynolds aaamcclain@aol.com,    edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com,
           edpabankcourt@aol.com
          MARY F. KENNEDY     on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,
           tami@javardianlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID W. REYNOLDS                     Chapter 13
SHANNON M. REYNOLDS

                Debtor        Bankruptcy No. 13-19271-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed): and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
DAVID W. REYNOLDS
SHANNON M. REYNOLDS
9636 CONVENT AVENUE

PHILADELPHIA, PA 19114